# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                             **Case No.  6:24-cr-156-PGB-LHP**

**TERRELL MYRON FOY,**

        **Defendant.**

_____/


## APPENDICES

**Letters of Support…………………………………………..…………………………………..A**

Monica Clemons (Mother) ................................................................................. A1

Malik Foy (Brother) ........................................................................................... A2

Brenda Clemons (Grandmother) ....................................................................... A3

Mozelle Wornim (Great Grandmother) ............................................................. A4

Aericka Clemons (Aunt) .................................................................................... A5

Chaundra Davis (Aunt) ...................................................................................... A6

Sharon Davis (Aunt) .......................................................................................... A7

Jimmy Hogan (Uncle) ........................................................................................ A8

Jonathan Mputu (Friend) ................................................................................... A9

John Miller (Coach) ........................................................................................... A10

Monica Soule (Co-worker) ................................................................................ A11

Nicole Carter (Friend) ...........................................................................................A12

Renee M. Miranda (Family Friend) ...................................................................A13

Jeffrey Skyes (Family Friend) ...........................................................................A14

Donald Gordon, Sr. (Family Friend) ................................................................A15


**Diplomas** .............................................................................................................**B**

Associate in Arts, Santa Fe College (2013) ......................................................B1

Bachelor of Science, University of Central Florida (2016) ................................B2

Master of Science, Full Sail University (2020) ..................................................B3


**Photo** ...................................................................................................................**C**

Family Photo .......................................................................................................C1

May 23, 2025

U.S. Judge Paul G. Byron
401 W. Central Blvd.
Orlando, Florida 32801

Dear Judge Byron:

My name is Monica Clemons, and I am the proud mother of two sons. Terrell—
Mr. Foy—is my firstborn. I was just 19 years old when I had him, and from the
moment I held him in my arms, I knew he was a blessing. He was such a good
baby—sweet, bright, and deeply loved not only by me, but also by his grandmother
and great-grandmother. It was just the two of us for much of his early life—we
truly grew up together.

Terrell's childhood wasn't always easy. His father and I tried to make things work,
but we were both young, and our relationship was full of arguments and pain. I
tried to shield him from it, but some things he saw and heard. Still, despite all of
that, he remained a kind and thoughtful child.

When I had my second son six years later, Terrell stepped naturally into the role of
big brother. He was never jealous—only loving and protective. When his little
brother cried, Terrell would act silly and fall to the ground just to make him laugh.
That's the kind of heart he has—gentle, selfless, always wanting to help.

Even as a young boy, Terrell was observant and bright. I remember how he'd sit in
the back seat of the car, quietly staring out the window. He would memorize
streets, buildings, landmarks—he always knew exactly where we were. That
attentiveness stayed with him through school. He was a solid student, respectful
and motivated, and excelled in sports—especially basketball and football. I'll
never forget the night he made the winning touchdown in a big game to get his
team into the playoffs. He made the local paper. The joy on his face was
unforgettable, and I was bursting with pride.

Terrell's journey in higher education was not a straight line, but it was filled with
persistence. He started in California playing football, but when that didn't work
out, he came home and worked his way through community college, then
transferred to UCF and earned his bachelor's degree. Eventually, he earned a
master's from Full Sail University—all while coaching his little brother and
mentoring other young athletes at Winter Park High School.

My son worked hard for everything he had. As a single mother, I didn't have much to give beyond love and support, but Terrell never let that stop him. He became a teacher, a coach, and a role model to so many kids. He has always had a gift for reaching people—especially those who needed guidance or someone to believe in them.

As for the situation Terrell is in now—while I won't go into the details, I want to speak to the heart of who my son is. Terrell is not a danger to anyone. He made a mistake—one he deeply regrets—and he has paid dearly for it. He has lost the life he spent years building. But I believe his intention was to help, not harm. He crossed a boundary, and he has taken responsibility for that.

Everyone makes mistakes. I believe everyone deserves a second chance—especially someone who has given so much of himself to others. Terrell will have served a full year in jail as of June 19. I pray you will see him not just for what he's charged with, but for the man he is: a loving son, a devoted brother, a mentor, a coach, a teacher, and someone with a good heart who still has so much to give.

I will always stand by my son. That's what a mother does. And I thank you, from the bottom of my heart, for taking the time to hear my voice and my heart.

Respectfully,
Monica Clemons

May 27, 2025


The Honorable Judge Paul G. Byron
401 West Central Blvd
Orlando, FL 32801

Dear Judge Byron,

My name is Malik Foy, and I'm the younger brother of Terrell Foy.

Times like these are especially hard because I miss my brother deeply. It's hard to wrap my head around the fact that these are the circumstances we're in. It feels like a bad dream. Terrell and I have known each other our entire lives—he's six years older than me, and ever since I was a kid, I've looked up to him. I always wanted to be around him, to be just like him.

Growing up, Terrell was the good kid. He never got into trouble, always did the right thing, stayed respectful, and made the family proud. That's why this entire situation doesn't feel real to me—because it's so far from the person I know my brother to be.

Everyone makes mistakes. None of us are perfect. But what defines us is how we grow and what we learn from those mistakes. Terrell is someone who's always strived to grow, always tried to do things the right way, and always led by example. We used to butt heads sometimes as kids, especially when it came to competing with each other. Neither of us liked to lose—but as I got older and started winning more, the dynamic shifted, and we just laughed about it.

What I've always admired most about Terrell is his drive. He went on to earn multiple degrees, coached football, basketball, and even flag football, and dedicated himself to being a positive role model in the lives of young people. At one point, he was even my coach. And while that could be annoying at times, it was also something special. Being on the same team, pushing through tough times together, and learning from those moments—that's what shaped both of us.

Throughout our lives, we've always supported each other. We talk, we listen, and we lift each other up through whatever we're facing. I've never seen Terrell let life break him, even during struggles, because he's always been grounded in hope, in strength, and in love.

Nobody knows the battles a person is fighting inside. We're all human. And I know, without a doubt, that where Terrell is right now is not where he belongs. It doesn't align with the heart, character, or spirit of the man I know him to be. The events that brought us to this moment don't reflect who he truly is.

No matter what, Terrell is my big brother—and I will always stand by him. Sometimes life takes us through darkness, but it's in those moments we discover who we truly are. I believe in my brother, I love him, and I will continue to support him with everything I have.

Sincerely,

Malik Foy
Terrell's Brother

A3

The Honorable Judge Paul Byron
401 West Central Blvd.
Orlando, Florida 32801

My name is Brenda Clemons, I'm Terrell's grandmother on his mothers side.  I guess you could say I know Terrell before he knew himself.  He was a loving baby no problems.  He loved hats as a boy.  I would bring him to work with me for the birthday parties.  He loved icing he ate cake also but the icing was the main event. I would walk with him to the park, train station and ice cream shop downtown Winter Park.  He loved the are and I did too!  He went to school in Winter Park elementary and High school.  He loves sports and he got involved at a young age playing basketball and football in high school.

His brother came up in his foot steps and he too got involved in sports.  They had a very close relationship.  Terrell went on to college several junior colleges and finally finishing at UCF.  He was determined, he was focused. He got his Masters at Full Sail.  He was put that way.  He saw a task he conquered it.  We all missed something, no excuses, but my grandson made a horrible mistake but he has the potential for a second chance in life.  The work he has done can be put to use.

Thank you for your time,

Brenda Clemons



The Honorable Judge Paul Byron
401 West Central Blvd.
Orlando, Florida, 32801

My name is Brenda Clemons, I'm
Terrells grandmother on his mothers
side. I guess you could say I knew
Terrell before he knew himself. He
was a loving baby no problems. He
loved hats as a boy I would
bring him to work with me for
the birthday parties He loved icing
he ate cake also but the icing was



the main event, I would
walk with him to the park, train
station and ice cream shop downtown
winter park. He loved the area and
I did too.' He went to school in
winter Park elementary and High
school. He loves sports and he
got involved at a young age playing
basketball and football in high school.
His brother came up in his foot
steps and he too got involved in sports
They had a very close relationship



Terrell went on to college several
Junior colleges and finally finishing
at UCF. He was determined He was
focused. He got his Masters at Full Sail
He was put that way. He saw a task
He conquered it. We all missed something
no excuses but my Grandson made a
Horrible mistake but he has the patential
for a second chance in life. The work
he has done can he put to use.
          Thank You for your Time
               Glenda Clymas

To the Honorable Judge
Paul C. Byron
401 W. Central Blvd.
Orlando, FL 32801
In Regard of Terrell Foy

I am Mozelle Wornim, a widow.

Terrell Great Grand Mom.

Yes, I, have known Terrell since he was born.

Terrell love school, love to study

He loves church, had kind of a struggle but he hung in there going to school, finish up to do something better.

Terrell don't enjoy peoples fighting.  He is not a street person.  I never known him being a street person.  He likes to work so he can help his family.  When I was real ill, he would get food for me, make sure I was all right, help me in and out of wheelchair, take me to my appointment to doctor.  Very helpful, these are some of the things I know of Terrell.

Thank you.

Mozelle Wornim

To The Honorable Judge:
Paul C. Bryon.
401 W. Central Blvd.
Orlando Fl. 32801.

In Regards of Terrell Fay.
I am Mozell Warnum, a Widow.
Terrell Great Grand Mom.
   Yes, I, have known Terrell since
   he was born
Terrell love school, love to study
He loves church, Had Kind of a struggl,
but he hung in there going to school.
finish up to do somethin better.
Terrell dont enjoy ~~fighting~~ Peoples fighting.
He is not a street person.
I never known him being a street person.
He likes to work so he can help his family.
When I was real ill, he would fix
food for me, make sure I was all
right. help me in and out of wheel chair.
take me to my appointment To Doctor.
Very helpful. These are some of The
things I know of Terrell.
         Thank you. Mozell Warnum.

May 23, 2025

U.S. District Judge Paul G. Byron
401 W. Central Blvd.
Orlando, Florida 32801

Dear Judge Byron,

My name is Aerricka Clemons, and I'm writing to you not only as Terrell Foy's aunt, but as someone who has been blessed to watch him grow into the remarkable young man he is today. In fact, I'm his only aunt—and I say that with pride, because being part of his life has truly been an honor.

Terrell is my sister's firstborn, and from the very beginning, he has been a joy to our family. He was always respectful, focused, and driven—never one to get into trouble. He excelled both in the classroom and on the field, and we were all so proud to see him graduate from high school and then college. His accomplishments have been a beacon of hope and pride for all of us.

As a single mother, I've seen firsthand just how selfless and supportive Terrell can be. He stepped up in ways that went beyond expectation—mentoring my children, helping them develop their athletic abilities, enrolling them in football and basketball programs, and being the kind of role model every parent hopes their child will have.

The current situation is heartbreaking and has affected all of us deeply. But even in this difficult time, Terrell has shown maturity and accountability by fully acknowledging his actions and taking responsibility. That speaks volumes about his character.

Terrell still has so much to offer—not just to our family, but to the community. It would be a tremendous loss if his potential went unused because of this one unfortunate chapter. He is not defined by this moment, but by the countless others in which he's made us proud.

Thank you for taking the time to hear me. I love Terrell dearly and miss him every single day. Our lives have been forever changed, but I hold onto hope that this is not the end of his story, but the beginning of a stronger, wiser one.

With sincere gratitude,
Aerricka Clemons

May 27, 2025

Judge Paul G. Byron

401 W. Central Blvd.

Orlando, FL 32801

Dear Judge Byron,

My name is Chandra Davis, and I am the Grand Aunt of Terrell Foy. Well, let me just say in my own words I am his aunt. To begin, I like to give you a little background information about myself. I retired from Miami Dade County Schools, starting my career as a Classroom Teacher teaching Middle and High School students. I continued to move up in my career to become a Coordinator for the Drop Out Prevention Program working with High School and Pre-College students helping the to graduate and possible be able to apply for college. Finally, I became an Assistant Principal for Elementary Schools and for Middle and High Schools as well. I lived in Miami, Florida and have resided here for many years. I have been involved in many Community Organizations such as: NAACP, Administrators Organization for Teachers, Sororities, NCNW Organization, Church Affiliations, Community Programs for the Needed, and many others.

How do I know Terrell Foy he is my nephew. Terrell was brought up around me and not only have I made many visits to Orlando he to has visited Miami. Terrell Grandmother is my sister, and Terrell's mother is my niece (*my favorite niece may I add*) so I was in and around his life all the time. As a child, Terrell was brought up in a pretty descent environment. He was taken care of very well and loved by many. He was a happy child and his mother, NANA (*grandmothe*r) and his father's mother always look out for him and pamper and loved him every day. He was loved!!

Terrell's accomplishment exceeded even our expectations. He completed his Elementary, Middle and High Schools years there in Orlando, doing quite well in school. He further his studies by attending the University of Florida in Gainesville with a Bachelor and beginning Masters Degree. Terrell was on top of his studies, he was focused, and his careers and opportunities for him were at an all time high. We were so proud and we constantly reminded him of how proud we were, maybe just a little bit too much because that may have put added pressure on him to stay on top. Just a thought!!

Did Terrell struggle, I am sure he did because he wanted to be the best, have the things that others had and he desired such as: the house, car, the money, professionalism, the power just staying and being on top. You know family and mothers want the best for their kids and the pressure was there for him to exceed and do well. He was provided as well as possible could

A6

provide for him but we couldn't compete we those that had more. However, his mother, Nana, aunt, grand aunts wanted to help him to make things in his life the way he wanted them to be, especially his mother. Terrell did well in his educational years, and was starting his own career and she was proud and wanted the best for him.

In my position I am only the aunt. Yes, I wanted to be a guiding light for them but being an African American in the country you have to strive harder. Yes, I wanted him to continue to do well and excel beyond new heights and make himself, his mother and the family proud but maybe that may have been a struggle for him to accomplish. You see, everything in Terrell's life wasn't bright as it could have been. Every child needs a father, and Terrell's father was not the best example and was not always there for him. Now listen, I am not blaming the father I am just saying being an Educator, both parents are needed in the child's life whether they are together or not and many times the child has this struggle, and he tries to exceed more than he is within himself capable of doing, and that could be our fault.

Do I support him, yes by all means I will support him throughout this difficult ordeal. Terrell has been an outstanding young man throughout his life and he will survive this difficult ordeal with Pray, God's Protection, Family Support, Love, and all of the many attributes that can take an ordeal like this and make it through this struggle.

Thank you for giving me the opportunity to express my feelings and support is behind Terrell Foy all the way.


Sincerely,

Chandra D. Davis

May 15, 2025

The Honorable Judge Paul G. Byron
401 West Central Blvd.
Orlando, FL 32801

RE:  TERRELL FOY

Dear Judge Byron:

My name is Sharon Davis, and I am the aunt of Terrell Foy. I am writing to provide a character
reference for Terrell, whom I have known his entire life.

As someone living with a disability—having undergone amputations of my right fingers and
toes—I have faced significant challenges in regaining my independence. Terrell has been
instrumental in this journey, offering unwavering support and assistance that have enabled me
to lead a more autonomous life.

Throughout his academic career, Terrell demonstrated commendable dedication by balancing
his studies with part-time employment, ultimately graduating on time. Beyond his personal
achievements, he has consistently been a pillar of support for his mother and younger brother,
showcasing his sense of responsibility and family commitment.

Terrell has long aspired to become a coach, driven by his passion for sports and mentorship. His
leadership qualities, coupled with his compassionate nature, make him well-suited for such a
role.

I wholeheartedly support Terrell in his future endeavors and believe he will be an asset in any
capacity he chooses to pursue.

Thank you for considering this reference.

Respectfully,

Sharon Davis

May 27, 2025

U.S. District Judge Byron
401 W. Central Blvd.
Orlando, FL 32801

Dear Judge Byron,

I am writing to provide a character reference for my nephew, Terrell Foy, who is currently
before your court. I can attest to his good character and integrity.

In my experience, Terrell has always demonstrated a strong commitment to his family. He is a
loving and supportive nephew who consistently puts the needs of his family first. For example,
when his 84-year-old grandmother was diagnosed with cancer, Terrell took on the
responsibility of caring for her daily. He ensured she attended all her medical appointments and
provided her with the necessary care and support while my wife and I were at work. This
incident is just one of many that showcases Terrell's dedication to being a supportive and caring
family member.

Terrell has also achieved significant educational accomplishments, including earning a Master's
degree. This achievement is a testament to his dedication, hard work, and perseverance. His
commitment to education has not only benefited his personal growth but has also served as an
inspiration to our family, encouraging others to pursue their academic goals.

I understand the seriousness of the charges against Terrell but I believe that this situation is not
reflective of his true character. I am confident that, given the opportunity, Terrell will continue
to be a positive and contributing member of our family.

Thank you for considering my perspective. I hope that you will take this letter into account
when making your decision.

Sincerely,

Jimmy Hogan

Jonathan Mputu, Esq.

8

The Honorable Judge Paul G. Byron
401 West Central Blvd.
Orlando, FL 32801

May 26, 2025

**Dear Your Honor,**

I am Jonathan Mputu, Esq., a California sports and entertainment attorney, General Counsel, and
law school professor. I have had the distinct privilege of mentoring Terrell throughout his high
school and college years and witnessing his development into a man of remarkable potential. I
attended Winter Park High School and met Terrell when he was 14 years old. While Terrell is
not without his flaws, his resilience and determination in the face of significant adversity set him
apart. One of the few freshman student-athletes to work out with and play on the varsity football
team, as well as play on the basketball team. Despite circumstances at home and throughout his
life that would have defeated many young men, Terrell completed his high school and college
education and made a conscious effort to rise above the negative expectations often placed on
young men in his situation. He has been, and I believe continues to be, a positive influence in his
community.

Terrell's childhood was far from easy. Raised by a single mother who worked tirelessly to
provide for her family, he learned early on the importance of hard work and responsibility.
Without a consistent male role model in his life, Terrell sought guidance from older men—some
good, some not so good—but always with the intention of bettering himself. His commitment to
his education and his passion for sports, including football and basketball, reflect his dedication
and perseverance. He has consistently sought to improve not only his own skills and
opportunities but also to serve as a role model for those around him. He has strived to be a better
son, brother, friend, colleague, and community member.

While there may not have been a single, transformative event in Terrell's life that led us here
today, it is important to recognize that young men face evolving challenges as they grow older.
The struggles of a teenager are very different from those of a young adult, and navigating these
challenges without sufficient guidance can be overwhelming. What I see in Terrell is not a man
who has given up, but rather one who has stumbled and is capable of finding his footing once
more. I firmly believe that with the right support and opportunities, Terrell can overcome his
current circumstances and emerge as a stronger, wiser, and more compassionate individual.

This letter is not intended to excuse any wrongdoing, but rather to underscore the potential for
growth and redemption that Terrell embodies. I have witnessed more good than bad in him, and I
stand ready to support him through this journey of accountability and renewal. I do not believe

that this moment defines the end of his story. Instead, I am confident that Terrell can learn from this experience and use it to contribute positively to his community in the future.

Thank you for your time and consideration.

Respectfully,
**Jonathan Mputu, Esq.**

May 23, 2025

The Honorable Judge Paul G. Byron
401 West Central Blvd.
Orlando Fl. 32801

Dear Judge Byron,

My name is John Miller and I'm writing this on behalf of Mr. Terrell Foy. As a teacher and coach, I knew his parents back when they were in high school, I coached his dad in football and was his dad's mentor. Terrell was born when they were seniors. I watched Terrell grow up with a single parent, in a loving home with his mother, little brother and grandparent (his father was not in the picture for most of his life dealing with his own issues). Terrell went to middle school and high school with my daughter and became good friends. Terrell was an "A" student (taking advanced classes), played football (where I had the opportunity to coach him), basketball and track. Terrell was a true leader in the classroom, on the sports field and in the community. During the summer in high school, I would hire him to work at the city summer camp program, mostly because the summer program was in the community that he grew up in and the kids from the neighborhood always looked up to and admired him!

After high school he went on to college, got his degree and came back to Winter Park. He volunteered to be a football coach (where we coached together, going full circle) and basketball at his alma mater! Needless to say over the past 33 years, I've gotten to know Terrell very well. I don't condone what he has done and I'm very disappointed that he would take advantage of anyone BUT I do believe that he has a big heart, that is full of kindness and love, I also know that he is truly sorry for his actions, I will always be there to support him through this difficult ordeal and in his future journey in life.

Respectfully,

John Miller

May 16, 2025


The Honorable Judge Paul G. Byron
401 West Central Blvd.
Orlando, FL 32801

RE:  TERRELL FOY

My name is Monica Soule and I am a public school teacher who works with high school students with
moderate disabilities on a modified curriculum (Access Points).  This is my 29th year teaching, and I have
worked with Mr. Foy for two school years. As he was my paraprofessional and helped manage my
classroom.  He was respectful to his colleagues and myself and had good rapport with our students.  I
hope he is able to overcome his current predicament and lead a productive life going forward.


Sincerely,
Monical Soule, MA
ESE Teacher

The Honorable Paul Byron:

I am writing to offer a personal testimonial regarding Mr. Terrell Myron Foy's character. While I understand that he has made a mistake, I would like to emphasize the many positive contributions he has made to the community, particularly in the lives of young people. I have spoken with Mr. Foy during his incarceration, and it is clear to me that he is deeply remorseful for his actions. He is human, and like all of us, he made a mistake. However, his actions in the past—especially his dedication to guiding and mentoring students—speak volumes about the man he truly is.

Mr. Foy has spent the last nine years coaching basketball and football, dedicating his time to helping the next generation of young athletes pursue their dreams. Since 2014, he has not only provided athletic coaching but has also served as a mentor, counselor, and positive role model. His influence has gone far beyond the playing field. I could bring numerous individuals into your courtroom who would attest to how Mr. Foy has guided them, helped them stay on the right path, and made an undeniable impact on their lives.

One of those individuals is my daughter. Even after she moved on to high school, she continued to reflect on the invaluable advice Mr. Foy had given her. She often expressed how much she wished she could still turn to him for guidance. His ability to make each person feel heard, seen, and cared for is a testament to his remarkable character. Mr. Foy made every student feel as though they mattered, nurturing not only their athletic abilities but also their self-respect, discipline, and aspirations.

I will never forget how Mr. Foy spoke to my daughter when she was going through a rebellious phase, sneaking out at night. He took the time to tell her that such behavior would not lead to a successful life and encouraged her to respect herself and make better choices. Today, she is excelling in both her academic and athletic pursuits, and I know that Mr. Foy's advice played an essential role in her transformation.

I hope that you and the court will consider the profound and positive impact Mr. Foy has had on so many lives and take that into account when determining his future. I am not suggesting he is without fault, but I firmly believe that the punishment should be proportional to the full scope of his actions—not just one moment of poor judgment. Ten years seems excessively harsh, especially when weighed against all the good Mr. Foy has done.

Thank you for your time and consideration.

Sincerely,
Nicole Carter

To: The Honorable Judge Paul G. Byron

   401 West Central Blvd.

   Orlando, Fla. 32801

My name is Renee M. Miranda.  I would like to start off by thanking you for the opportunity to share my
relationship with Mr. Terrell Foy. I have known Terrell for a little over 10 yrs. I work with his mother
(Monica) at Orlando Oral & Facial Surgery.  All I have only known of Terrell to be a caring, sensitive
person. He is always putting everyone first and is always very attentive to his family. Even now, he is
continuously checking up on them and making sure everyone is well.

I have known that Terrell, had two different schools offering him very nice positions at their school due
to his history of dedication and passion for teaching and coaching football. Mr. Foy, has always been a
very respectful person always very happy.  I often wonder how is his great grandmother getting to her
doctor's appointments being that Terrell was the one who normally would drive her to those
appointments and stay with her. It's very, unfortunate how good people "for the most part", have bad
things happen to them.

Respectfully,

Renee M. Miranda

**Jeffery R. Sykes MBA**



28

May 27, 2025

The Honorable Judge Paul G. Byron
401 W. Central Blvd.
Orlando, FL 32801

Dear Judge Paul G. Byron,

My name is Jeffery Sykes, and I am writing this letter on behalf of Terrell Foy.  I am business owner, football coach, and mentor to plenty young men in this community. Currently I have been living in this area for more than twenty-five years and coaching youth sports, volunteering in my community for over 15 years as well. Nevertheless, I have known Mr. Foy and his family for over twenty years now.

During this time, I have always found him to be a person of good moral character. In my opinion he constantly demonstrates qualities of integrity, kindness and responsibility.  I truly believe his wrongful actions represent an aberration that he will never repeat. Terrell is a loving son, grandson, bother, nephew and conscientious citizen. I feel that Terrell can do more and be more productive outside of being incarcerated.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate discipline. I stand ready to offer further support to Terrell as he may require.

Respectfully,

Jeffery R. Sykes

May 8, 2025

The Honorable Judge Paul G. Byron
401 W Central Blvd.
Orlando Fl, 32801

Dear Judge Byron,

My name is Donald Gordon Sr. and I have raised a beautify family here in Central Florida.  I am proud to say that I have been a part of this community for over 50 years. I have also spent 32 years as a retail manager.  I want to take this opportunity to tell you about a terrific young man, Terrell Foy, who will stand before you for sentencing.  I have had the opportunity to know Mr. Terrell Foy for over 15+ years. Terrell has always been a stellar young man in the community as well as a student in school. He has always had a standard of excellence about himself and carried himself with such a professional way that other migrated to him. Terrell has a contagious smile and such a positive attitude.

I fully support Terrell at this time. As he is going through the processes that he is going through. I believe he will definitely continue to be a productive member of society.

Sincerely,
Donald Gordon Sr.



**SANTA FE COLLEGE, ASSOCIATE IN ARTS DIPLOMA, 2013**



**BACHELOR OF SCIENCE, UNIVERSITY OF CENTRAL FLORIDA, 2016**



**MASTER OF SCIENCE DEGREE, FULL SAIL UNIVERSITY, 2020**



**TERRELL WITH HIS FAMILY**